# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHRISTINE BRASHER

VERSUS

THE BOARD OF SUPERVISORS FOR
THE UNIVERSITY OF LOUISIANA
AT LAFAYETTE AND JERRY LUKE
LEBLANC, IN HIS CAPACITY AS
THE VICE PRESIDENT OF
ADMINISTRATION AND FINANCE
OF THE UNIVERSITY OF
LOUISIANA AT LAFAYETTE

NO.   2020 CW 0755

**OCTOBER 26, 2020**

In Re:    The Board of Supervisors for the University of Louisiana System and Jerry Luke LeBlanc, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658462.

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT